FILED 08 OCT '26 16:53 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-**00405-AB |
| **v.** | **INDICTMENT** |
| **MELANEE RAE BYBEE,** | **21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)** |
| **Defendant.** | **Forfeiture Allegation** |
| | **UNDER SEAL** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(viii))**

On or about September 16, 2026, within the District of Oregon, defendant **MELANEE RAE BYBEE** knowingly possessed with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii).

**FORFEITURE ALLEGATION**

Upon conviction of the controlled substance offenses alleged in Count One of this Indictment, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of the violations alleged in any offense set forth in Count One of this Indictment.

Dated: October 8, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney